UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 7 |
| | 25-01416-swd |
| Jodi Lynne Nahal-Isaacson | Judge Scott W. Dales |
| Debtor(s) | |
| _____/ | |

### CERTIFICATION THAT NO RESPONSE TO MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY HAS BEEN FILED OR SERVED; NO HEARINGS SCHEDULED

The undersigned certifies that no response has been filed or served on the appropriate parties to the request for limited relief from the Automatic Stay regarding 66 W. 26th St., Holland, MI 49423, filed by Schneiderman & Sherman P.C., Attorney for AmeriHome Mortgage Company, LLC. As a result, no hearings on this matter have been scheduled by this court.

Schneiderman & Sherman P.C.

Execution on: 06/17/2025

/S/ Michael P. Hogan
Michael P. Hogan, (P63074)
mhogan@sspclegal.com
Attorney for AmeriHome Mortgage Company, LLC
23938 Research Drive
Suite 300
Farmington Hills, MI 48335
248.539.7400