UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In The Matter of:

Jodi Lynne Nahal-Isaacson

Debtor

_____/

Chapter 7
25-01416-swd

Judge Scott W. Dales

## ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY AS TO AMERIHOME MORTGAGE COMPANY, LLC

This matter having come before this Court on the Motion of AmeriHome Mortgage Company, LLC ("Creditor"), by and through its attorneys, Schneiderman & Sherman P.C., for limited relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

IT IS HEREBY ORDERED that the Automatic Stay is modified to allow Creditor, its successors or assigns to record the Partial Claim Mortgage executed by the Debtor on April 29, 2025 for the property located at 66 W. 26th St., Holland, MI 49423, for the reasons set forth in Creditor's Motion; This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code;

IT IS FURTHER ORDERED that Creditor's counsel shall serve a copy of this Order on the Debtor an all entities with an interest in the property.

IT IS FURTHER ORDERED that this Order shall take effect 7 days after service upon Secretary of HUD, unless Secretary of HUD sooner files an objection.

END OF ORDER

**IT IS SO ORDERED.**

**Dated June 20, 2025**



Scott W. Dales
United States Bankruptcy Judge