UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In The Matter of:                                   Chapter 7
                                                    25-01416-swd
Jodi Lynne Nahal-Isaacson                           Judge Scott W. Dales

## PROOF OF SERVICE

      I hereby certify that on the 20th day of June, 2025, the Clerk of the Court entered the Order Granting Limited Relief from Automatic Stay as to AmeriHome Mortgage Company, LLC, using the ECF system which will send notification of such filing to the following:

Lisa E. Gocha
PO Box 398
Hudsonville, MI 49426

David Stempfly
314 N 120th Avenue
Suite 6
Holland, MI 49424

And I hereby certify that I have mailed by United States Postal Service the Order Granting Limited Relief from Automatic Stay as to AmeriHome Mortgage Company, LLC to the following non-ECF participants:

Office of the U.S. Trustee
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

Jodi Lynne Nahal-Isaacson
247 Felch Street
Holland, MI 49424-1839

Ottawa County Treasurer
12220 Fillmore St.,
West Olive, MI 49460-0310

Secretary of Housing and Urban Development
451 Seventh Street, SW
Washington, DC 20410

I certify under penalty of perjury that the foregoing is true and correct.

Execution on: 06/20/2025

/S/ Michael P. Hogan
Michael P. Hogan, (P63074)
mhogan@sspclegal.com
Attorney for AmeriHome Mortgage Company, LLC
23938 Research Drive
Suite 300
Farmington Hills, MI 48335
248.539.7400